| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | LINDA C. HARTER, #179741 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | Linda.harter@fd.org |
| 5 | |
|   | Attorney for Defendant |
| 6 | EDGAR GALLEGOS-VASQUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  Cr.S. 14-0183-MCE |
|---|---|---|
|                           | ) | |
| Plaintiff,                | ) | STIPULATION AND ORDER |
|                           | ) | TO VACATE STATUS CONFERENCE AND |
| v.                        | ) | SET FOR A CHANGE OF PLEA HEARING |
|                           | ) | |
| EDGAR GALLEGOS-VASQUEZ,   | ) | DATE:   August 14, 2014 |
|                           | ) | TIME:   9:00 a.m. |
| Defendant.                | ) | JUDGE:  Hon. Morrison C. England |
|                           | ) | |
|                           | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney NIRAV DESAI and Chief Assistant Federal Defender LINDA C. HARTER, attorney for EDGAR GALLEGOS-VASQUEZ, that the status conference hearing set for August 28, 2014 be vacated and a change of plea hearing be set for August 14, 2014 at 9:00 a.m.

The reason for this continuance is that the parties have finalized plea negotiations and wish to advance the status conference to a change of plea hearing.

/ / /

/ / /

The parties further stipulate and agree to exclude time from the date of this stipulation July 31, 2014 to August 14, 2014 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: July 31, 2014                               Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

                                                   */s/ Linda C. Harter*
                                                   LINDA C. HARTER
                                                   Chief Assistant Federal Defender
                                                   Attorney for Defendant
                                                   EDGAR GALLEGOS-VASQUEZ

Dated: July 31, 2014                               BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   */s/ Linda C. Harter for*
                                                   NIRAV DESAI
                                                   Assistant United States Attorney

**ORDER**

the status conference hearing set for August 28, 2014 at 9:00 a.m. IS vacated and a change of plea hearing IS set for August 14, 2014 at 9:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though August 14, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated:  August 7, 2014

                                                   _____
                                                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                   UNITED STATES DISTRICT COURT